UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10CR649 JCH |
| ) | |
| STEPHANIE ZASTERA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Michael Lynxwiler, a potential witness in the above-captioned case, has established the inability to retain private counsel, is in need of counsel, and is entitled to the appointment of counsel under the Criminal Justice Act, as amended, 18 U.S.C. § 3006(A).

Accordingly,

**IT IS HEREBY ORDERED** that Eric Butts is appointed to represent witness Michael Lynxwiler in this matter.

Dated this  23rd   day of August, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE